

**FITAPELLI SCHAFFER &**
—— ATTORNEYS AT LAW ——

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

MEMO ENDORSED

August 28, 2023

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601-4150

### *Re:* **Unopposed Request to Reschedule Oral Argument**
*Schiller-Egles v. The PromptCare Companies, Inc.*, **No. 23 Civ. 6790 (KMK)**

Dear Judge Karas,

We represent Plaintiff in the above-referenced matter. We write pursuant to Rule I(C) of Your Honor's Individual Rules of Practice to request an adjournment of the oral argument scheduled for September 7, 2023 at 3:00 p.m. The Parties are available on September 11, 2023, except between 1:30 p.m. and 3:30 p.m., on September 15, 2023 until 1:00 p.m., and are generally available on September 18 and 19, 2023. This is the first adjournment request and Defendant has consented to Plaintiff's request for extension.

We thank the Court for its time and attention.

Denied. No reason is given for the adjournment and those
alternate dates do not work for the Court.

Respectfully submitted,

So Ordered.

8/28/23

*/s/ Brian S. Schaffer*
Brian S. Schaffer

CC: Counsel of Record (via ECF)