

**FITAPELLI & SCHAFFER**
— ATTORNEYS AT LAW —

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

MEMO ENDORSED

August 29, 2023

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601-4150

*Re:* **Unopposed Request to Reschedule Oral Argument**
*Schiller-Egles v. The PromptCare Companies, Inc.*, No. 23 Civ. 6790 (KMK)

Dear Judge Karas,

We represent Plaintiff in the above-referenced matter. We write in response to your Honor's denial of our adjournment request dated August 29, 2023. I apologize for failing to include the reason for the requested adjournment. I make the request because I am a divorced father who does not utilize child care, and am responsible for picking my children up from school. September 7, 2023 is my children's first day of school and my 9-year old daughter needs to be picked up from school at 2:30 p.m., and my 12-year old daughter needs to be picked up from school at 3:00 p.m., which is the time of the conference. If I were to attend the conference scheduled on September 7, 2023, I would be in the car on Bluetooth with my two children in the car. The suggested dates were merely that, and an attempt to alleviate a future request for adjournment based on the Parties' schedules.

We thank the Court for its time and attention.

Granted. The conference will go forward on 9/15/2023 at 10:00 via teleconference.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
8/30/2023

Respectfully submitted,

/s/*Brian S. Schaffer*
Brian S. Schaffer

CC: Counsel of Record (via ECF)