UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LINDA SCHILLER-EGLES, *individually and on behalf of all others similarly situated*,

Plaintiff,

v.

THE PROMPTCARE COMPANIES, INC.,
*d/b/a Prompt Care Companies Inc.*

Defendant.

No. 23-CV-6790 (KMK)

ORDER

---

KENNETH M. KARAS, United States District Judge:

On September 15, 2023, the Court held oral argument to resolve Plaintiff's request to restrict Defendant's communications with putative class members, in addition to other relief. (Dkt. No. 4.)  For the reasons stated on the record, Plaintiff's request is granted, and the Court orders as follows:

Defendant shall not communicate with potential class members about this lawsuit, or about opting out of this lawsuit, without prior approval of the Court or input from class counsel.

Defendant shall send corrective notice to all individuals who received Defendant's July 31, 2023, letters.  The Parties will attempt to agree on the text of the corrective notice and will submit proposed language in a joint letter to the Court no later than September 22, 2023.  The notice should apprise putative class members of this Action, Plaintiff's Fair Labor Standards Act ("FLSA") claims, and Plaintiff's claims for liquidated damages under the New York Labor Law. It should also include language describing the opportunity to void any signed releases in the event a class is certified.

SO ORDERED.

Dated:   September 15, 2023
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge