

**Fisher Phillips**

fisherphillips.com

New York
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9975

**Writer's E-mail:**
skaufman@fisherphillips.com

July 1, 2025

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      RE:    *Linda Schiller-Egles v. The PromptCare Companies, Inc.*,
              Case No. 23-cv-06790 (KMK)

Dear Judge Karas:

      We represent Defendant The PromptCare Companies, Inc. in the above-captioned matter. On behalf of the parties, we write to respectfully inform the court that a settlement in principle has been reached. In accordance with Your Honor's Individual Rules of Practice, the parties will submit the proposed settlement agreement, along with any supporting memoranda or declarations, to the Court for approval by July 28, 2025. The parties request a stay of all pending deadlines.

      Thank you for your consideration of this matter.

All proceedings are stayed until
7/28/25.

So Ordered
*/s/*
7/1/25

Respectfully submitted,

*/s/ Seth D. Kaufman*
Seth D. Kaufman
FISHER & PHILLIPS LLP

Cc: Counsel of Record (via ECF)

Fisher & Phillips LLP

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills