

fisherphillips.com

**New York**
Times Square Tower
7 Times Square
Suite 4300
New York, NY 10036
(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9975

**Writer's E-mail:**
skaufman@fisherphillips.com

July 24, 2025

**Via ECF**
Honorable Kenneth M. Karas
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    RE:    *Linda Schiller-Egles v. The PromptCare Companies, Inc.*,
             Case No. 23-cv-06790 (KMK)

Dear Judge Karas:

We represent Defendant The PromptCare Companies, Inc. in the above-captioned matter. On behalf of the parties, we write to respectfully request a 30-day extension of time, until August 27, 2025, to submit the proposed settlement agreement, along with any supporting memoranda or declarations, to the Court for approval. The parties continue to finalize the terms of the agreement and require additional time to complete all necessary documentation. The parties request a corresponding stay of proceedings.

Thank you for your consideration of this matter.

Granted.

So Ordered
/s/ *[signature]*
7/24/25

Respectfully submitted,

*/s/ Seth D. Kaufman*
Seth D. Kaufman
FISHER & PHILLIPS LLP

Cc: Counsel of Record (via ECF)

**Fisher & Phillips LLP**

Atlanta · Baltimore · Boston · Charlotte · Chicago · Cleveland · Columbia · Columbus · Dallas · Denver · Detroit · Fort Lauderdale · Gulfport · Houston
Irvine · Kansas City · Las Vegas · Los Angeles · Louisville · McLean · Memphis · Minneapolis · Nashville · New Jersey · New Orleans · New York · Orlando · Philadelphia
Phoenix · Pittsburgh · Portland, ME · Portland, OR · Sacramento · Salt Lake City · San Diego · San Francisco · Seattle · Tampa · Washington, DC · Woodland Hills