

28 Liberty Street, 30th Floor • New York, NY 10005
Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

September 9, 2025

**VIA ECF**
Hon. Kenneth M. Karas, U.S.D.J.
United States District Court
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St., Courtroom 521
White Plains, NY 10601-4150

*Re:* **Unopposed Request for Extension of Time**
*Schiller-Egles v. The PromptCare Companies, Inc.*, No. 23 Civ. 6790 (KMK)

Dear Judge Karas,

We represent Plaintiff in the above-referenced matter. We write on behalf of the parties to respectfully request a 3-day extension of time, until September 12, 2025 to submit the proposed settlement agreement, along with supporting memoranda and declaration to the Court for approval. The parties have finalized the settlement agreement and now require additional time to get signatures and file all necessary documentation. This is the third extension request.

We thank the Court for its time and attention.

Granted.

So Ordered
9/10/25

Respectfully submitted,

/s/ *Brian S. Schaffer*
Brian S. Schaffer

CC:   Counsel of Record (via ECF)