**FITAPELLI & SCHAFFER, LLP**
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LINDA SCHILLER-EGLES, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>THE PROMPTCARE COMPANIES, INC., d/b/a PROMPT CARE COMPANIES INC.<br><br>Defendant. | No. 7:23-CV-06790 (KMK)<br><br>NOTICE OF MOTION |

For the reasons set forth in the Memorandum of Law in Support of Plaintiff's Motion for Preliminary Approval of Settlement, Conditional Certification of the Settlement Class, Appointment of Plaintiff's Counsel as Class Counsel, and Approval of Plaintiff's Proposed Notice of Settlement and Class Action Settlement Procedure ("Motion for Preliminary Approval") and in the Declaration of Brian S. Schaffer in Support of Plaintiff's Motion for Preliminary Approval ("Schaffer Declaration"), and based on the pleadings and proceedings heretofore had herein, Plaintiff respectfully moves the Court, before the Hon. Kenneth M. Karas, United States District Judge, in the United States District Court for the Southern District of New York, 300 Quarropas Street, White Plains, New York 10601, on a return date to be set by the Court, to enter an Order:

(1) granting preliminary approval of the Settlement Agreement, attached as **Exhibit B** to the Schaffer Declaration;

(2) conditionally certifying the following settlement class under Fed. R. Civ. P. 23(a); and (b)(3) for purposes of effectuating the settlement:

>All current and former respiratory therapists who worked PromptCare in New York during the time period of December 17, 2016 through January 1, 2023; and who worked outside of New York during the time period of November 20, 2020 through January 1, 2023.

(3)	appointing Fitapelli & Schaffer, LLP as Class Counsel;

(4)	approving Plaintiff's Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing, attached as **Exhibit B** to the Schaffer Declaration;

(5)	granting preliminary approval of the retention of Rust Consulting to administer the settlement process and distribute the Notice of Class and Collective Action Lawsuit Settlement and Fairness Hearing;

(6)	approving Plaintiff's proposed schedule for final settlement approval; and

(7)	granting such other, further, or different relief as the Court deems just and proper.

\*   \*   \*

Plaintiff has contemporaneously submitted a Proposed Order, attached as **Exhibit F** to the Schaffer Declaration, for the Court's convenience.

Dated: New York, New York
September 12, 2025

Respectfully submitted,

*/s/ Brian S. Schaffer*
Brian S. Schaffer

**FITAPELLI & SCHAFFER, LLP**
Brian S. Schaffer
Dana M. Cimera
28 Liberty Street, 30th Floor
New York, New York 10005
Telephone: (212) 300-0375

*Attorneys for Plaintiff and
the Putative Class and Collective*